Henry L. BREWER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42749.

Missouri Court of Appeals, Western District.

Sept. 25, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 30, 1990.

Application to Transfer Denied Dec. 18, 1990.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and FENNER and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from dismissal of Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).